CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JAN - 2 2014
JULIA C. DUDLEY, CLERK
BY: /s/ M. Hogan
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| CHAUNCEY LEE HOWARD, JR., <br>     Plaintiff, | Civil Action No. 7:13-cv-00534 |
| v. | **ORDER** |
| TODD WATSON, et al., <br>     Defendants. | By:   Hon. Jackson L. Kiser <br>        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 2nd day of January, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge