CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JAN - 2 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| CHAUNCEY LEE HOWARD, JR., ) | Civil Action No. 7:13-cv-00534 |
|    Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TODD WATSON, et al., ) | By: Hon. Jackson L. Kiser |
|    Defendants. ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 2nd day of January, 2014.

                                              /s/ Jackson L. Kiser
                                              Senior United States District Judge